UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LEV ELKIN, an individual and MARINA OUZDIN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08928-MWC-MAA<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DIMISSAL OF ENTIRE ACTION WITH PREJUDICE (DKT. 75)**<br><br>**JS-6** |

- 1 -

The Court, having reviewed the joint stipulation requesting voluntary dismissal of this action with prejudice, as executed by the above-captioned parties' counsel of record, and good cause appearing thereon, hereby **ORDERS** as follows:

1. Plaintiffs' LEV ELKIN and MARINA OUZDIN ("Plaintiffs") action before this Court, which has been designated as Case Number 2:24-cv-8928 MWC(MAAx) is **DISMISSED WITH PREJUDCE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as to all of Plaintiffs' claims for relief against Defendant STATE FARM GENERAL INSURANCE COMPANY.

2. Each party shall bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 6, 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE